## MARTINEZ v. STATE.
### No. 18843.

Court of Criminal Appeals of Texas.
March 3, 1937.

Tom Newton, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully carrying a pistol is the offense; penalty assessed at confinement in the county jail for one month.

The record is before us without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been perceived, the judgment is affirmed.